LAW OFFICE OF OLAF W. HEDBERG
1107 9TH St., SUITE 850
SACRAMENTO, CA 95814
Phone (916) 447-1192; Fax 1(412) 774-3537



**MEMORANDUM**

FILED
JUN 2 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DATE: June 23, 2009

TO: Ms. Colleen Lydon, Courtroom Clerk for the Hon. Edward J. Garcia,
United States District Court Judge

FROM: Olaf W. Hedberg

SUBJECT: *United States v. Carlos Murgia-Garcia* 07-CR-00381-02 EJG

---

      Pursuant to our conversation, and with your permission, the following schedule is requested. I have spoken with Assistant United States Attorney Mary Grad and Deputy Probation Officer Jefferey C. Oestreicher and we are in agreement with the following changes. The case is currently set for Friday August 7, 2009 at 10:00 a.m.

Judgement and Sentencing Date:      August 7, 2009 @ 10:00 a.m.

      If you have any questions concerning the above matter please feel free to contact me. Thank you for your assistance.

OWH

Cc: Mary Grad AUSA
    Jefferey C. Oestreicher, USPO

IT IS SO ORDERED

_[signature]_
6/23/09