LAW OFFICE OF OLAF W. HEDBERG
1107 9TH St., SUITE 850
SACRAMENTO, CA 95814
Phone (916) 447-1192; Fax 1(412) 774-3537

## APPICATION AND ORDER

DATE: September 16, 2009

TO: Ms. Colleen Lydon, Courtroom Clerk for the Hon. Edward J. Garcia,
     United States District Court Judge

FROM: Olaf W. Hedberg

SUBJECT: *United States v. Carlos Murgia-Garcia* 07-CR-00381-02 EJG

      Pursuant to our conversation, and with your permission, the following schedule is requested. I have spoken with Assistant United States Attorney Mary Grad and Deputy Probation Officer Jefferey C. Oestreicher and we are in agreement with the following changes. The case is currently set for Friday September 18, 2009 at 10:00 a.m.

New Judgement and Sentencing Date:           October 30, 2009 @ 10:00 a.m.


Dated:  September 17, 2009                              /s/ Edward J. Garcia
                                                        Hon. Edward J. Garcia
                                                        District Court Judge




OWH

Cc: Mary Grad AUSA
    Jefferey C. Oestreicher, USPO