HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARLOS MURGIA-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS MURGIA-GARCIA,<br><br>    Defendant. | Case No.  2-07-cr-381-02 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  WILLIAM B. SHUBB |

Defendant, CARLOS MURGIA-GARCIA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 20, 2009, this Court sentenced Mr. Murgia-Garcia to a term of 156 months imprisonment;

3. Mr. Murgia-Garcia's total offense level was 37, his criminal history category was III, and the resulting guideline range was 262 to 327 months. He received a reduction from the low end of the guideline range on the government's motion;

1       4.      The sentencing range applicable to Mr. Murgia-Garcia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

        5.      Mr. Murgia-Garcia's total offense level has been reduced from 37 to 35, and his amended guideline range is 210 to 262 months.  A reduction comparable to the one he received initially yields a term of 125 months;

        6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Murgia-Garcia's term of imprisonment to 125 months.

Respectfully submitted,

Dated:  February 16, 2016                       Dated:   February 16, 2016

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                          Federal Defender


 /s/*Jason Hitt*                                 /s/ *Hannah R. Labaree*
JASON HITT                                      HANNAH R. LABAREE
Assistant U.S. Attorney                         Assistant Federal Defender

Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA                        CARLOS MURGIA-GARCIA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Murgia-Garcia is entitled to the benefit Amendment 782, which reduces the applicable guideline range to 210 to 262 months. A reduction comparable to the one he received initially yields a term of 125 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2009 is reduced to a term of 125 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Murgia-Garcia shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  May 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE